UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JACKSON,<br>          Plaintiff,<br>     v.<br>DAVID NORRIS,<br>          Defendant. | Case No. 22-cv-02919-JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Re: Dkt. No. 6 |

Plaintiff in this action is proceeding *pro se*. On May 25, 2022, the Court, Magistrate Judge Spero presiding, granted Plaintiff's application to proceed *in forma pauperis* and ordered that he show cause why the Complaint should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), finding that Plaintiff's claims were insufficiently pled. (Dkt. No. 5.) Plaintiff did not file an amended complaint or response to that order.

On July 5, 2022, Judge Spero issued a Report and Recommendation re Review Under 28 U.S.C. § 1915(e)(2)(B) ("Report") with the recommendation that the Complaint be dismissed with prejudice for the reasons set forth in the Order dated May 25, 2022. (Dkt. No. 6.) The Report indicated that Plaintiff could file an objection within two weeks.

Thereafter, this case was reassigned to the undersigned. (Dkt. No. 8.) The Court has received no objections to the Report or any amended filings from Plaintiff.

Accordingly, the Court ADOPTS the Report and DISMISSES this action with prejudice. A separate judgment shall issue and the Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: August 22, 2022

_____
JEFFREY S. WHITE
United States District Judge

2